UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOTAL FILTRATION SERVICES, INC.,

     Plaintiff,

vs.

Case No. 08-CV-10380

HON. GEORGE CARAM STEEH

TIM MCCARTHY, an individual, and
AIR FILTER SALES & SERVICES
- DENVER, INC.,
     Defendants.

_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR TRO

On February 22, 2008, a hearing was held on plaintiff's motion for a temporary restraining order. For the reasons stated on the record, plaintiff's motion hereby is GRANTED to the extent that defendants McCarthy and Air Filter Sales & Services - Denver, Inc. (AFSS) hereby are ORDERED to comply with the terms of the settlement agreement dated August 20, 2007 and attached hereto. McCarthy is further ORDERED to contact attorney Paul Glendon before contacting ANY customer to see if they are on the TFS "customer list." If a prospective customer is on TFS's "customer list," then McCarthy is enjoined from soliciting said customer. The failure of McCarthy or AFSS to comply with this order may subject them to contempt of court.

  SO ORDERED.

Dated: February 22, 2008

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 22, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk